Date signed April 11, 2007



JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   07–10472 – JS   Chapter:   7

Violetta Karlin Daughtry
103 South Morley Street
Baltimore, MD 21229

Creditor – AmeriCredit Financial Services, Inc.

Reaffirmation – 14

## STATEMENT OF REVIEW

    The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor(s)
      Attorney for Debtor(s) – Robert Grossbart
      Chapter 7 Trustee – Mark J. Friedman
      Creditor – AmeriCredit Financial Services, Inc., P.O. Box 183853, Arlington, TX 76096

**34.4** – *edevine*

### End of Order